United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES LOCAL 715,<br><br>Plaintiff(s),<br><br>v.<br><br>STANFORD HOSPITAL AND CLINICS, ET AL.,<br><br>Defendant(s). | No. C 08-00215 JCS<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/29/08

Bruce A. Harland
Signature

Counsel for Service Employees Local 715
(Name or party or indicate "pro se")