1  WILLIAM A. SOKOL, Bar No. 072740
   W. DANIEL BOONE, Bar No. 046553
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Petitioner
   SEIU, LOCAL 715
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL ) No.   C 08 0215 JCS
   UNION LOCAL 715                 )
12                                 ) **NOTICE AND ACKNOWLEDGMENT**
              Petitioner,          ) **OF SERVICE OF SUMMONS AND**
13                                 ) **PETITION TO COMPEL**
         v.                        ) **ARBITRATION**
14                                 )
   STANFORD HOSPITAL AND CLINICS AND )
15 LUCILE PACKARD CHILDREN'S       )
   HOSPITAL,                       )
16                                 )
              Respondents.         )
17 _____)

18        I hereby acknowledge that I am authorized to accept service, and hereby do accept service,

19 of the following documents on behalf of defendant STANFORD HOSPITAL AND CLINICS

20 AND LUCILE PACKARD CHILDREN'S HOSPITAL: *Summons; Petition To Compel*

21 *Arbitration; Civil Case Cover Sheet; Welcome To The U.S. District Court, San Francisco; ECF*

22 *Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of*

23 *Assignment Of Case To A U.S. Magistrate Judge For Trial; Administrative Motion To Consider*

24 *Whether Cases Should Be Related.*

25 Date of Receipt: January _25_, 2008

26 Date Signed: January _31_, 2008          FOLEY & LARDNER, LLP

27                                          By:_____
                                            EILEEN R. RIDLEY
28                                          On behalf of Respondent,
                                            STANFORD HOSPITAL AND CLINICS AND
                                            LUCILE PACKARD CHILDREN'S HOSPITAL

NOTICE AND ACKNOWLEDGEMENT OF SERVICE OF SUMMONS, CASE NO C 08 0215 JCS