1  WILLIAM A. SOKOL, Bar No. 072740
   W. DANIEL BOONE, Bar No. 046553
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Petitioner
   SEIU, LOCAL 715
7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL ) No.    C 08 0215 JCS
   UNION LOCAL 715                 )
12                                 ) **CORRECTED PROOF OF SERVICE**
              Petitioner,          ) **OF DECLINATION TO PROCEED**
13                                 ) **BEFORE A MAGISTRATE JUDGE**
       v.                          ) **AND REQUEST FOR ASSIGNMENT**
14                                 ) **TO A UNITED STATES DISTRICT**
   STANFORD HOSPITAL AND CLINICS AND) **JUDGE**
15 LUCILE PACKARD CHILDREN'S       )
   HOSPITAL,                       )
16                                 )
              Respondents.         )
17                                 )
                                   )
18 _____)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Corrected Proof of Service of Order Setting Case Management Conference, Case No. C 08 0215 JCS

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 6, 2008, I served upon the following parties in this action:

Eileen Ridley
Foley & Lardner
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Fax: (415) 434-4507

copies of the document(s) described as:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[X] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 6, 2008.

Rhonda Fortier-Bourne

117987/483174