1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Respondents
5  Stanford Hospital & Clinics and
   Lucile Packard Children's Hospital
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SERVICE EMPLOYEES                          | Case No: 08-CV-00215-JF
   | INTERNATIONAL UNION, LOCAL 715,            |
12 |                                            |
   |          Petitioner,                       |
13 |                                            | NOTICE OF APPEARANCE OF
   |   v.                                       | SCOTT P. INCIARDI
14 |                                            |
   | STANFORD HOSPITAL & CLINICS and            |
15 | LUCILE PACKARD CHILDREN'S                  |
   | HOSPITAL,                                  |
16 |                                            |
   |          Respondents.                      |
17

18

19         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         **PLEASE TAKE NOTICE** that Scott P. Inciardi (California Bar No. 228814), of the law

21 offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced

22 action as counsel for Respondents, Stanford Hospital & Clinics and Lucile Packard Children's

23 ///

24 ///

25 ///

26 ///

27 ///

28
   ─────────────────────────────────────────
   NOTICE OF APPEARANCE OF SCOTT P. INCIARDI
   CASE NO: 5:08-CV-00215-JF

SFCA_1309788.1

1  Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers
2  be electronically served on the undersigned at sinciardi@foley.com.
3
4  Dated: March 27, 2008                FOLEY & LARDNER LLP
                                        LAURENCE R. ARNOLD
5                                       EILEEN R. RIDLEY
                                        SCOTT P. INCIARDI
6
7
8                                  By: _____
                                        SCOTT P. INCIARDI
9                                       Attorneys for Respondents
                                        Stanford Hospital & Clinics and Lucile
10                                      Packard Children's Hospital