1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Respondents
5  Stanford Hospital & Clinics and
   Lucile Packard Children's Hospital
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  SERVICE EMPLOYEES                    Case No:  08-CV-00215-JF
    INTERNATIONAL UNION, LOCAL 715,
12
                Petitioner,
13                                       NOTICE OF APPEARANCE OF
        v.                               LAURENCE R. ARNOLD
14
    STANFORD HOSPITAL & CLINICS and
15  LUCILE PACKARD CHILDREN'S
    HOSPITAL,
16
                Respondents.
17

18

19        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        PLEASE TAKE NOTICE that Laurence R. Arnold (California Bar No. 133715), of the

21  law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-

22  referenced action as counsel for Respondents, Stanford Hospital & Clinics and Lucile Packard

23  ///

24  ///

25  ///

26  ///

27  ///

28

                    NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD
                            CASE NO:  5:08-CV-00215-JF

SFCA_1309786.1

1    Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and

2    other papers be electronically served on the undersigned at larnold@foley.com.

3

4    Dated:  March 27, 2008                          FOLEY & LARDNER LLP
                                                      LAURENCE R. ARNOLD
5                                                     EILEEN R. RIDLEY
                                                      SCOTT P. INCIARDI
6

7

8                                                By: _____
                                                      LAURENCE R. ARNOLD
9                                                     Attorneys for Respondents
                                                      Stanford Hospital & Clinics and Lucile
10                                                    Packard Children's Hospital

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

SFCA_1309786.1