UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 25, 2008
**Case Number:** CV-08-213-JF/RS and Related Case Numbers CV-08-215-JF/RS and CV-08-216-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| | |
|---|---|
| **TITLE:** | **SERVICE EMPLOYEES LOCAL 715 V. STANFORD HOSPITALS** |
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Bruce Harland | Attorneys Present: Eileen Ridley |

PROCEEDINGS:

Case management conference held. Parties are present. The Court makes the following orders as to all related cases, including CV-07-5158-JF, CV-08-1726-JF and CV-08-1727-JF: Dispositive motions to be filed by 7/18/08. Hearing on motions set for 8/29/08 at 9:00 a.m. All other hearing dates are vacated. Discovery to proceed as recited.