1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioners,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Respondent. | Case No: 5:07-CV-05158-JF<br><br>**[PROPOSED] ORDER GRANTING STANFORD HOSPITAL & CLINICS' AND LUCILE PACKARD CHILDRENS HOSPITAL'S MOTION TO COMPEL DEPOSITIONS**<br><br>Date:   August 27, 2008<br>Time:   9:30 a.m.<br>Dept:   4<br><br>Judge:   Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Richard Seeborg |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>Petitioner and Counter-Respondent,<br><br>vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF<br><br><br><br>Judge:   Hon. Jeremy Fogel |

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1

| | | |
|---|---|---|
| 1 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00215-JF |
| 2 | Petitioner, | |
| 3 | vs. | |
| 4 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 5 | | |
| 6 | Respondents. | Judge:    Hon. Jeremy Fogel |
| 7 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00216-JF |
| 8 | | |
| 9 | Petitioner, | |
| 10 | vs. | |
| 11 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 12 | | |
| 13 | Respondents. | Judge:    Hon. Jeremy Fogel |
| 14 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01726-JF |
| 15 | Petitioner, | |
| 16 | vs. | |
| 17 | | |
| 18 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 19 | Respondents. | Judge:    Hon. Jeremy Fogel |
| 20 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01727-JF |
| 21 | | |
| 22 | Petitioner, | |
| 23 | vs. | |
| 24 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 25 | | |
| 26 | Respondents. | Judge:    Hon. Jeremy Fogel |
| 27 | | |
| 28 | | |

2
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1

1   Respondents and Counter-Petitioners Stanford Hospital & Clinics' and Lucile
2 Packard Children's Hospital's ("the Hospitals") Motion to Compel Depositions of Rusty
3 Smith, Myriam Escamilla and Kristy Sermersheim came on regularly for hearing before
4 the Honorable Richard Seeborg on August 27, 2008, at 9:30 a.m., in Department 4 of
5 above-captioned Court.  Bruce Harland appeared on behalf of the Petitioner and Counter-
6 Respondent Service Employees International Union, Local 715 ("Local 715").  Eileen R.
7 Ridley appeared on behalf of the Hospitals.

8   The Court, for good cause and having considered the pleadings in this matter, all
9 the papers submitted in support of, and in opposition to, said Motion, and having heard
10 the arguments of counsel, **HEREBY GRANTS** the Motion in its entirety and orders
11 Local 715 to produce Rusty Smith, Myriam Escamilla and Kristy Semersheim for
12 depositions.  The depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim
13 are hereby ordered to be completed on mutually convenient dates but no later than
14 September 10, 2008.

15   Furthermore, it is hereby ordered by Local 715 pay sanctions in the amount of
16 $_____ to the Hospitals for costs incurred in bringing forth this Motion.
17   IT IS SO ORDERED.

20 Dated: _____, 2008       _____
21                                    HON. RICHARD SEEBORG

3
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1