**\*E-FILED 7/11/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al., | No. C 07-05158 JF (RS) |
| Petitioners, | |
| v. | **CLERK'S NOTICE** |
| SERVICE EMPLOYEES INTERNATIONAL, UNION, LOCAL 715, | |
| Respondent. | |
| THIS NOTICE APPLIES TO ALL RELATED ACTIONS. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, petitioners' motions to compel, dockets [46], [47], [48] and [53], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

This change of hearing date does *not* alter the briefing schedule. Briefing deadlines for these motions shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated: 7/11/08

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Laurence R. Arnold     larnold@foley.com

W. Daniel Boone     courtnotices@unioncounsel.net

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr     courtnotices@unioncounsel.net

Scott Powers Inciardi     sinciardi@foley.com, syardley@foley.com

Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Dated: 7/11/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2