**United States District Court**
For the Northern District of California

*E-FILED*
**July 18, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al., | No. C 07-05158 JF (RS) |
| Petitioners, | |
| v. | **ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, | |
| Respondent. | |
| THIS ORDER APPLIES TO ALL RELATED ACTIONS. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a scheduling conference is set for **August 5, 2008 at 2:00 p.m. PDT.** The conference will be conducted telephonically. Counsel for Petitioners shall coordinate the call to telephone number 408/535-5357

IT IS SO ORDERED.

Dated:   July 18, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Laurence R. Arnold     larnold@foley.com

W. Daniel Boone     courtnotices@unioncounsel.net

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr     courtnotices@unioncounsel.net

Scott Powers Inciardi     sinciardi@foley.com, kkunisaki@foley.com, syardley@foley.com

Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 18, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

2